[Crim. No. 521. Second Appellate District.—November 11, 1916.]

In re FRED ISCH on Habeas Corpus.

COUNTY ORDINANCE—PENALTY.—Writ of *habeas corpus* discharged on the authority of *People* v. *Fages, ante,* p. 37.

APPLICATION for a Writ of Habeas Corpus.

The facts are similar to those stated in *People* v. *Fages, ante,* p. 37.

Frank T. Bates, for Petitioner.

T. W. Duckworth, District Attorney, and John L. Campbell, Deputy District Attorney, for Respondent.

THE COURT.—Upon the authority of the decision in *People* v. *Jean Fages,* Crim. No. 504, *ante,* p. 37, and in *In re E. R. Waite,* Crim. No. 520, *ante,* p. 801, this day decided, it is ordered that the writ be and it is discharged and the petitioner remanded to the custody of the sheriff of San Bernardino County.